UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASHAWN WASHINGTON, et al.,

    Plaintiffs,

v.                                                   CASE NO. 8:14-cv-3185-T-23AEP

MIAMI-DADE COUNTY, et al.,

    Defendants.
_____/

**ORDER**

    The plaintiffs challenge (Doc. 1) the defendants' recognition of same-sex marriage and request injunctive and declaratory relief. The plaintiffs move (Docs. 2 and 3) for leave to proceed *in forma pauperis* and move (Doc. 7) for a temporary restraining order. Under 28 U.S.C. § 1915(e)(2), a case must be dismissed *sua sponte* if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from the relief. The plaintiffs lack Article III standing because they allege an "undifferentiated, generalized grievance about the conduct of the government." *Lance v. Coffman*, 549 U.S. 437, 441 (2007). Moreover, the plaintiffs' selection of venue is improper.

    Even if the plaintiffs could establish standing and venue, the motion (Doc. 7) for a temporary restraining order fails to satisfy the requirements of Local Rule 4.05(b). For instance, the plaintiffs have failed to demonstrate that they are threatened with an irreparable injury and that the injury is so imminent that notice

and a hearing is impractical.  Additionally, the plaintiffs failed to submit a proposed form of the temporary restraining order and failed to discuss the calculation of a sufficient bond.  In all events, the plaintiffs' arguments for a temporary restraining order under Local Rule 4.05(b)(4) are unpersuasive.

Accordingly, under Section 1915,  the complaint (Doc. 1) is **DISMISSED**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on January 12, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE